# Third District Court of Appeal

## State of Florida

Opinion filed January 26, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2062
Lower Tribunal No. 12-707- A-K

_____

**Robert Everson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Robert Everson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.